# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| HANANE CHEDDADI SAFI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| CENTRAL MARKET - HEB, | § | |
| | § | |
| Defendant. | § | |

**INDEX TO DEFENDANT'S NOTICE OF REMOVAL**

| EXHIBIT | DOCUMENT | DATE OF DOCUMENT AND/OR FILING |
|---|---|---|
| | | |
| A-1 | State Court Action Docket Sheet | 04/19/2021 |
| A-2 | Case Filing Cover Sheet and Plaintiff's Original Position | 11/09/2020 |
| A-3 | Return of Service | 03/15/2021 |
| A-4 | Return of Service | 03/23/2021 |
| A-5 | Defendant's Original Answer | 04/09/2021 |

46781937.1

**EXHIBIT A – INDEX TO DEFENDANT'S NOTICE OF REMOVAL**

# EXHIBIT A-1

## Case Information

DC-20-16679 | HANANE CEDDADI SAF vs. CENTRAL MARKET- HEB

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-20-16679 | 95th District Court | PURDY, MONICA |
| File Date | Case Type | Case Status |
| 11/09/2020 | EMPLOYMENT | OPEN |

## Party

PLAINTIFF
SAF, HANANE CEDDADI

Address
7344 HIGHLAND HEATHER LN
DALLAS TX 75248

Active Attorneys▾
  Pro Se

DEFENDANT
CENTRAL MARKET- HEB

Address
646 SOUTH FLOREST
SAN ANTONIO TX 78204

Active Attorneys▾
Lead Attorney
BAKER, JANA S
Retained

## Events and Hearings

11/09/2020 NEW CASE FILED (OCA) - CIVIL

11/09/2020 ORIGINAL PETITION

11/09/2020 AFFIDAVIT INABILITY TO PAY

11/09/2020 CASE FILING COVER SHEET ▼

CASE FILING COVER SHEET

11/09/2020 ISSUE CITATION ▼

CENTRAL MARKET - HEB - PCT. 3

11/10/2020 CITATION ▼

Return Unserved
12/18/2020

Anticipated Server
CONSTABLE 3

Anticipated Method
Actual Server
CONSTABLE 3

Returned
12/18/2020
Comment
CENTRAL MARKET - HEB

12/21/2020 RETURN OF SERVICE ▼

UNEXECUTED CITATION - CENTRAL MARKET - HEB

   Comment
   UNEXECUTED CITATION - CENTRAL MARKET - HEB

02/02/2021 NOTE - ADMINISTRATOR ▼

dwop hearing notice

   Comment
   Set for Dismissal. E-mailed Pro Se.

03/08/2021 ISSUE CITATION ▼

CENTRAL MARKET - HEB - PCT. 3

03/09/2021 NOTE - ADMINISTRATOR ▾

dwop hearing notice

Comment
Dismissal re-set. E-mailed plaintiff.

03/09/2021 CITATION▾

Served
03/11/2021

Anticipated Server
CONSTABLE 3

Anticipated Method
Actual Server
CONSTABLE 3

Returned
03/15/2021
Comment
CENTRAL MARKET-HEB

03/10/2021 ISSUE CITATION ▾

CENTRAL MARKET-HEB - CERT MAIL

Comment
CERT MAIL - 9214 8901 0661 5400 0160 7844 95

03/15/2021 RETURN OF SERVICE ▾

EXECUTED CITATION - CENTRAL MARKET-HEB

Comment
EXECUTED CITATION - CENTRAL MARKET-HEB

03/15/2021 CITATION▾

Served
03/18/2021

Anticipated Server
CERTIFIED MAIL

Anticipated Method
Actual Server
CERTIFIED MAIL

Returned

03/23/2021
Comment
CENTRAL MARKET-HEB

03/23/2021 RETURN OF SERVICE ▼

EXECUTED - CITATION - CENTRAL MARKET-HEB - CERT MAIL

Comment
EXECUTED - CITATION - CENTRAL MARKET-HEB - CERT MAIL

04/07/2021 NOTE - ADMINISTRATOR ▼

dwop hearing notice

Comment
Dismissal re-set. E-mailed plaintiff.

04/09/2021 ORIGINAL ANSWER - GENERAL DENIAL ▼

ORIGINAL ANSWER - CENTRAL MARKET - HEB

04/13/2021 NOTE - ADMINISTRATOR ▼

Comment
Dismissal hearing canceled. Answer filed.

04/29/2021 DISMISSAL FOR WANT OF PROSECUTION ▼

dwop hearing notice

Judicial Officer
PURDY, MONICA

Hearing Time
9:00 AM

Cancel Reason
BY COURT ADMINISTRATOR

Comment
Notes from 3/4 docket sheet: Def. not able to receive notice. Re-set 30.

## Financial

SAF, HANANE CEDDADI

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $552.00 |
| | Total Payments and Credits | | | $88.00 |
| 11/9/2020 | Transaction Assessment | | | $292.00 |
| 11/9/2020 | Transaction Assessment | | | $88.00 |
| 3/8/2021 | Transaction Assessment | | | $88.00 |
| 3/8/2021 | PAYMENT (CASE FEES) | Receipt # 13704-2021-DCLK | SAF, HANANE CEDDADI | ($88.00) |
| 3/10/2021 | Transaction Assessment | | | $84.00 |

## Documents

CASE FILING COVER SHEET

CENTRAL MARKET - HEB - PCT. 3

UNEXECUTED CITATION - CENTRAL MARKET - HEB

dwop hearing notice

CENTRAL MARKET - HEB - PCT. 3

dwop hearing notice

CENTRAL MARKET-HEB - CERT MAIL

EXECUTED CITATION - CENTRAL MARKET-HEB

EXECUTED - CITATION - CENTRAL MARKET-HEB - CERT MAIL

dwop hearing notice

ORIGINAL ANSWER - CENTRAL MARKET - HEB

Case 3:21-cv-00894-B   Document 1-1   Filed 04/19/21   Page 9 of 25   PageID 13

# EXHIBIT A-2

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* DC-20-16079    COURT *(FOR CLERK USE ONLY):* D-95th

STYLED _____

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| Name: Hanane Cheddadi Saf;  Email: cheddadi.hanane@gmail.com | Plaintiff(s)/Petitioner(s): Hanane Cheddadi Saf; | ☐ Attorney for Plaintiff/Petitioner<br>☐ Pro Se Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: |
| Address: 7344 Highland Heather Ln  Telephone: 469-347-0796 | | Additional Parties in Child Support Case: |
| City/State/Zip: Dallas TX 75248  Fax: | Defendant(s)/Respondent(s): Central Market H-E-B | Custodial Parent: |
| Signature:  State Bar No: | | Non-Custodial Parent: |
| | [Attach additional page as necessary to list all parties] | Presumed Father: |

## 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

| Civil | | | Family Law | | |
|---|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract: | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>☐ Accounting<br>☐ Legal<br>☐ Medical<br>☐ Other Professional Liability: | ☐ Eminent Domain/ Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property: | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>☐ With Children<br>☐ No Children | | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other |
| *Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract: | | | | | **Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order |
| | ☐ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br>☐ Asbestos/Silica<br>☐ Other Product Liability List Product:<br><br>☐ Other Injury or Damage: | **Related to Criminal Matters**<br>☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus— Pre-indictment<br>☐ Other: | **Other Family Law**<br>☐ Enforce Foreign Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities of Minority<br>☐ Other: | | **Parent-Child Relationship**<br>☐ Adoption/Adoption with Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental Rights<br>☐ Other Parent-Child: |
| **Employment** | | **Other Civil** | | | |
| ☒ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: | ☐ Administrative Appeal<br>☐ Antitrust/Unfair Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: | | | |

| **Tax** | Probate & Mental Health | |
|---|---|---|
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: |

## 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court<br>☐ Arbitration-related<br>☐ Attachment<br>☐ Bill of Review<br>☐ Certiorari<br>☐ Class Action | ☐ Declaratory Judgment<br>☐ Garnishment<br>☐ Interpleader<br>☐ License<br>☐ Mandamus<br>☐ Post-judgment | ☐ Prejudgment Remedy<br>☐ Protective Order<br>☐ Receiver<br>☐ Sequestration<br>☐ Temporary Restraining Order/Injunction<br>☐ Turnover |

## 4. Indicate damages sought *(do not select if it is a family law case)*:

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees<br>
☐ Less than $100,000 and non-monetary relief<br>
☐ Over $100,000 but not more than $200,000<br>
☐ Over $200,000 but not more than $1,000,000<br>
☐ Over $1,000,000

Rev 2/13

ORIGINAL

No. DC-20-16679

Pro se

**D-95th**

**Hanane Cheddadi Safi**

Plaintiff

**Central Market- HEB**

Defendant

In the _____ Court of
Dallas County, Texas
Judicial Districts

FILED
2020 NOV -9 PM 4:10
FELICIA PITRE
DISTRICT CLERK
DALLAS CO. TEXAS
Alicia Mata DEPUTY

**PLAINTIFS ORIGINAL POSITION**

### 1. DISCOVERY CONTROL PLAN

Level 2 under Texas rule 190

### 2. PARTIES

- Plaintiff is Hanane Cheddadi Safi. She can be contacted at 7344 Highland Heather Ln, Dallas, TX 75248.
- Defendant is Central Market-HEB. The cooperation can be contacted at 3890 W Northwest Hwy #300, Dallas, TX 75220.

### 3. VENUE

The venue of the lawsuit is proper in Dallas County under 15.002 A1 and 15.011 of the Texas Civil Practice Code.

### 4. FACTUAL BACKGROUND

Plaintiff Hanane Cheddadi Safi was employed at central Market HEB since June 2018. She was taking a leadership class and was training for an assistant service manager position as early as . She became pregnant and after her pregnancy, the company started treating her with discrimination and demoted her from the role she used to play before she got pregnant. Plaintiff Hanane Cheddadi Safi has filed a charge of discrimination on the basis of sex (pregnancy) against the defendant Central Market-HEB with the Equal Employment Opportunity Commission (EEOC) on July 19th, 2019.

### 5. CAUSE OF ACTION

- The Pregnancy Discrimination Act Title 7 of the Civil Rights Act.
- Texas Commission of Human Rights Act.
- Retaliation under Texas Labor code 21

Beginning approximately June 2019, the plaintiff Hanane Cheddadi Safi has been denied twice the opportunity to promote into the Assistant Service Manager position because of her pregnancy. On or about July 9, 2019, she was also demoted from Assistant Service Manager in Training position to Cashier. Ms. Deidra Mayberry, Service Manager for the defendant Central Market HEB told her that she needed to focus on her pregnancy and not to worry about the Assistant Service Manager position.

Plaintiff Hanane Cheddadi Safi believes that she was discriminated against because of her sex-female (pregnancy), in violation of Title VII of the Civil Rights Act of 1964, as amended.

### 6. DEMAND

Plaintiff Hanane Cheddadi Safi requests a bench trial.

### 7. DAMMAGES

Plaintiff Hanane Cheddadi Safi is asking for monetary damages and legal fees.

### 8. ADMINISTRATIVE EXHAUSTION

Plaintiff Hanane Cheddadi Safi filled a discrimination charge against defendant Central Market- HEB on July 19th, 2019 and obtained the notice of suit rights from the  (EEOC) on August, 12th 2020.

Hanane Cheddadi Saf

73 44 Highland Heather Ln
Dallas TX  75248

469- 347 - 0794
cheddadi.hanane@gmail.com

# EXHIBIT A-3

Paupers

002178

324

FILED
3/15/2021 9:17 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Irasema Sutherland DEPUTY

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

midway!

To:    **CENTRAL MARKET- HEB**
       **4349 W NORTHWEST HWY**
       **DALLAS TX  75220**

GREETINGS:

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written
Answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty days after you were served this citation and **petition**, a default judgment may be taken
against you. In addition to filing a written answer with the clerk, you may be required to make initial
disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days
after you file your answer with the clerk.  Find out more at TexasLawHelp.org.  Your answer should be
addressed to the clerk of the **95th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **HANANE CEDDADI SAF**

Filed in said Court  **9th day of November, 2020** against

**CENTRAL MARKET- HEB**

For Suit, said suit being numbered **DC-20-16679**, the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition, a copy of which accompanies this citation.  If
this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 9th day of March, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _Carlenia Bouligny_ Deputy
CARLENIA BOULIGNY



---

### PCT. 3

### CITATION

### DC-20-16679

**HANANE CEDDADI SAF**
**Vs.**
**CENTRAL MARKET- HEB**

ISSUED THIS
**9th day of March, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  CARLENIA BOULIGNY, Deputy

---

**Attorney for Plaintiff PRO SE**
**HANANE CEDDADI SAF**
7344 HIGHLAND HEATHER LN
DALLAS TX  75248

**cheddadi.hanane@gmail.com**

**AFFIDAVIT INABILITY TO PAY**

# OFFICER'S RETURN

Case No. : DC-20-16679

Court No.95th District Court

Style: HANANE CEDDADI SAF

Vs.

CENTRAL MARKET- HEB

Came to hand on the **10** day of **March** 20 **21**, at **1215** o'clock _____ .M. Executed at

**3890 w. Northwest Hwy # 300**, within the County of **Dallas TX** at **1119** o'clock **A**.M. on the

**11** day of **March**, 20 **21**, by delivering to the within named

**Lauren wright w/ risk Management**

Each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.
The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand

    For serving Citation    $ **80.00**                                    **BEN ADAMCIK**

    For mileage          $ _____     of _____ County,           **CONSTABLE PCT. 3,**

    For Notary           $ _____     by _____ **Serrano 3793** Deputy    **DALLAS COUNTY**

                               (Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____,

To certify which witness my hand and seal of office.

                           Notary Public _____ County _____

2021 MAR 10 PM12: 15

CONSTABLE PCT 3
DALLAS COUNTY

# EXHIBIT A-4

## FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

FILED

21 MAR 23 AM 8:25

FELICIA PITRE
DISTRICT CLERK
DALLAS CO TEXAS

To:   **CENTRAL MARKET- HEB**
      **646 SOUTH FLOREST**
      **SAN ANTONIO TX 78204**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written
Answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty days after you were served this citation and **petition**, a default judgment may be taken
against you. In addition to filing a written answer with the clerk, you may be required to make initial
disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days
after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be
addressed to the clerk of the **95th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **HANANE CEDDADI SAF**

Filed in said Court  **9th day of November, 2020** against

**CENTRAL MARKET- HEB**

For Suit, said suit being numbered **DC-20-16679,** the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition, a copy of which accompanies this citation. If
this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 15th day of March, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _Carlenia Bouligny_ Deputy
   CARLENIA BOULIGNY

---

**CERT MAIL**

**CITATION**

DC-20-16679

**HANANE CEDDADI SAF**
Vs.
**CENTRAL MARKET- HEB**

ISSUED THIS
**15th day of March, 2021**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: CARLENIA BOULIGNY, Deputy

**Attorney for Plaintiff**
**HANANE CEDDADI SAF**
7344 HIGHLAND HEATHER LN
DALLAS TX 75248

**cheddadi.hanane@gmail.com**

**DALLAS COUNTY CONSTABLE**
**FEES**        **FEES NOT**
**PAID**          **PAID**

## OFFICER'S RETURN

Case No. : DC-20-16679

Court No.95th District Court

Style: HANANE CEDDADI SAF

Vs.

CENTRAL MARKET- HEB

Came to hand on the _15th_ day of _March_, 20 _21_, at _9:37_ o'clock _A_.M. Executed at _____,

within the County of _____ at _____ o'clock _____.M. on the _____ day of_____,

20_____, by delivering to the within named _____

Each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

| | | | |
|---|---|---|---|
| For serving Citation | $_____ | _____ | |
| For mileage | $_____ | of _____ County, _____ | |
| For Notary | $_____ | by _____ Deputy | |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____,

To certify which witness my hand and seal of office.

_____

Notary Public _____ County _____



DALLAS COUNTY CONSTABLE
FEES NOT
PAID

## OFFICER'S RETURN

Case No. : DC-20-16679

Court No.95th District Court

Style: HANANE CEDDADI SAF

Vs.

CENTRAL MARKET- HEB

Came to hand on the **15TH** day of **MARCH, 2021** at **9:37** o'clock **A.M.** Executed at **646 SOUTH FLOREST, SAN ANTONIO, TX 78204** within the County of

_____ at **7:53** o'clock **A.M.** on the **18TH** day of **MARCH, 2021,** by delivering to the within named **CENTRAL MARKET-HEB BY US CERTIFIE**

**MAIL RETURN RECEIPT RECEIVED AND SIGNED BY JAMES WN.**

_____

Each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

|  | For serving Citation | **$ 76.00** | **JAMES WN.** |
| For mileage | $ _____ | of _____ , ___ County, |
| For Notary | $_____ | by _Carleenia Boulle_ |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____ , 20 _____ ,

To certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

**FELICIA PITRE**
**DISTRICT CLERK**
**600 COMMERCE STREET**
**DALLAS, TEXAS 75202-4606**

**UNITED STATES**
**POSTAL SERVICE**

Date Produced: 03/19/2021

THE MAIL GROUP INC - 1 / CONFIRM DELIVERY INC:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 0661 5400 0160 7844 95. Our records indicate that this item was delivered on 03/18/2021 at 07:53 a.m. in SAN ANTONIO, TX 78283. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

The customer reference information shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Reference ID: 92148901066154000160784495
DC 20-16679 - CBOULIGNY - 03/15/2021
CENTRAL MARKET-HEB
646 SOUTH FLOREST
SAN ANTONIO, TX 78204-0000

# EXHIBIT A-5

FILED
4/9/2021 4:54 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Eduardo Suarez DEPUTY

Case 3:21-cv-00894-B   Document 1-1   Filed 04/19/21   Page 23 of 25   PageID 27

## CAUSE NO. DC-20-16679

| | | |
|---|---|---|
| HANANE CHEDDADI SAFI, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 95TH JUDICIAL DISTRICT |
| | § | |
| | § | |
| CENTRAL MARKET - HEB, | § | |
| | § | |
| Defendant. | § | DALLAS COUNTY, TEXAS |

## DEFENDANT'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL POSITION

Defendant HEB Grocery Company, L.P. ("HEB"), incorrectly named as Central Market – HEB, files this its Original Answer to Plaintiff Hanane Cheddadi Safi's ("Safi") Original Position ("Petition"), and states:

## I.    GENERAL DENIAL

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, HEB denies each and every allegation in the Petition and any amendment or supplement thereto, and demands strict proof thereof as required by the laws of the State of Texas.  With respect to any claim by Safi for punitive damages, HEB demands strict proof thereof by clear and convincing evidence.

## II.    PRAYER FOR RELIEF

HEB requests the following relief:

  (a)    that Safi take nothing by way of her Petition;

  (b)    that HEB be awarded its costs and reasonable attorneys' fees incurred in defense of this action pursuant to Chapter 37 of the Texas Civil Practice and Remedies Code; and

(c)   that HEB be awarded all such other and further relief at law or in equity to which

it may show itself to be justly entitled.

Respectfully submitted,

By: /s/ Jana S. Baker
JANA S. BAKER
Texas State Bar No. 00794610
jana.baker@ogletree.com
LAURA E. GRUBB
Texas State Bar No. 24097774
laura.sandman@ogletree.com

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
500 Preston Commons West
8117 Preston Road
Dallas, Texas  75225
214.987.3800 (Phone)
214.987.3927 (Fax)

**ATTORNEYS FOR DEFENDANT HEB
GROCERY COMPANY, L.P.**

### CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2021, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will transmit a Notice of Electronic Filing to Plaintiff, and sent a copy of the foregoing document via electronic mail to:

Hanane Cheddadi Safi
7344 Highland Heather Ln
Dallas, TX 75248
Cheddadi.hanane@gmail.com

**PRO SE PLAINTIFF**

/s/ Jana S. Baker
JANA S. BAKER

46720094.2

---

**DEFENDANT'S ORIGINAL ANSWER**                                                      **Page 2**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Jana  Baker on behalf of Jana  Baker
Bar No. 00794610
jana.baker@ogletreedeakins.com
Envelope ID: 52329431
Status as of 4/12/2021 9:03 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jana Baker | | jana.baker@ogletreedeakins.com | 4/9/2021 4:54:55 PM | SENT |
| Amy Barbosa | | amy.barbosa@ogletree.com | 4/9/2021 4:54:55 PM | SENT |
| Laura GrubbSandman | | laura.sandman@ogletree.com | 4/9/2021 4:54:55 PM | SENT |
| Lori DeMoss | | lori.demoss@ogletree.com | 4/9/2021 4:54:55 PM | SENT |
| Dallas Docketing | | DALDocketing@ogletree.com | 4/9/2021 4:54:55 PM | SENT |