IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **HANANE CHEDDADI SAFI,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 3:21-cv-00894-B** |
| | § | |
| **CENTRAL MARKET - HEB,** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF SETTLEMENT

To Magistrate Judge Rutherford,

Please take note that the parties have reached a settlement of this matter and are working to finalize paperwork memorializing the settlement. As such, we respectfully request that the parties be excused from attending the Rule 16 Scheduling Conference set for Wednesday, May 12, 2021 at 11:00am (*see* Doc. No. 6).

Respectfully submitted,

By: */s/ Hanane Cheddadi Safi*
Hanane Cheddadi Safi
cheddadi.hanane@gmail.com
7344 Highland Heather Ln
Dallas, Texas 75248
(469) 347-0794 (Telephone)

*PRO SE* **PLAINTIFF**

        By: */s/ Jana S. Baker*
            JANA S. BAKER
            Texas State Bar No. 00794610
            jana.baker@ogletree.com
            LAURA E. GRUBB
            Texas State Bar No. 24097774
            laura.sandman@ogletree.com

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
8117 Preston Road, Suite 500
Dallas, Texas 75225
(214) 987-3800 (Phone)
(214) 987-3927 (Fax)

**ATTORNEYS FOR DEFENDANT HEB GROCERY COMPANY, L.P.**

## CERTIFICATE OF SERVICE

    I hereby certify that on this 11th day of May, 2021, a true and correct copy of the foregoing document was both electronically transmitted to the Clerk of Court using the ECF system of filing, which will transmit a Notice of Electronic Filing to Plaintiff or her counsel of record, and emailed to Plaintiff at cheddadi.hanane@gmail.com.

                */s/ Jana S. Baker*
                JANA S. BAKER

                                  47074238.1