**ORIGINAL**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2021 MAY 20  PM 3:57

DEPUTY CLERK_____

Hanane Cheddadi Safi
**Plaintiff**

v.

Central Market - HEB
**Defendant**

Case Number: 3:21-CV-00894-B-BT

## Dismissal Request

Parties have reached a settlement of this case and have finalized paperwork of the settlement. Therefore, plaintiff Hanane Cheddadi Safi asks for case dismissal.

\* Attach additional pages as needed.

Date: 05/20/2021
Signature: [signed]
Print Name: Hanane Cheddadi Safi
Address: 7344 Highland Heather Ln
City, State, Zip: Dallas, TX, 75248
Telephone: 469-347-0794